PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

FILED

2008 APR 10 P 4: 31

U.S.A. vs.   Rucker, James   Docket No. 3:05CR00309(PCD)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Nicole A. Owens, UNITED STATES PROBATION OFFICER presenting an official report upon the conduct of defendant James Rucker who was placed under pretrial release supervision by the Honorable William I. Garfinkel, United States Magistrate Judge sitting in the court at Bridgeport, Connecticut, on the 29th day of September, 2005 under the following conditions:

$10,000 non-surety bond. In addition to the standard conditions the Court also ordered the following special conditions of release: 1. The shall be placed in the custody of an probation approved in-patient substance abuse program; 2. The defendant shall report to the Probation Office as directed; 3. The defendant's travel shall be restricted to the District of Connecticut; 4. The defendant shall refrain from possessing or use of any illegal drugs, unless prescribed by a licensed physician: 5. The defendant shall submit to drug testing and treatment at the discretion of the Probation Office and 6. The defendant shall have no direct/indirect contact with co-defendants.

On May 30, 2008, the Court modified the defendant's conditions of release ordering him to placed in the custody of Mr. Calvin Jones (nephew) of Seymour, Connecticut

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Mr. Rucker has not had the opportunity to engage in substance abuse aftercare, since he was placed in the custody of Mr. Jones. Due to Mr. Jones' busy work scheduled he has not been able to provide transportation to out-patient treatment programs in either the Bridgeport or Valley areas. To date the relationship between the defendant and his custodian has become strained. In fact his custodian has requested that the defendant vacate his home. Mr. Jones has also made allegations that the defendant has been consuming alcohol. On April 4, 2008, Mr. Rucker was taken to the local hospital for an alleged alcohol overdose. The police were also summoned to the home during this incident. Per defense counsel, while at the hospital it was discovered that the defendant was not suffering from an overdose of alcohol. Reportedly, the defendant was suffering from low blood sugar. It should be noted that Mr. Rucker, age 69, suffers from colon and diabetic issues.

Based on the current negative relationship between the defendant and his custodian and the defendant's inability to obtain transportation for necessary substance abuse and medical treatment, it would be in the best interest of Mr. Rucker to relocate. The Probation Office respectfully recommends that the Court remove Mr. Jones as the defendant's custodian and place him in the custody of Mr. Gary Price and Another Chance Sober House(s) (ACSH) located in Meriden, Connecticut. ACSH has access to local out-patient substance treatment programs and is located in a vicinity of a local hospital/medical clinics.

PRAYING THAT THE COURT WILL ORDER Mr. Calvin Jones removed as the defendant's custodian and order the defendant placed in the custody of Mr. Gary Price (counselor/coordinator) and Another Chance Sober House who have agreed to supervise the defendant in accordance with the conditions of his release. All of the other initial conditions of release shall remain in effect.

ORDER OF COURT

Considered and ordered this _10R_ day of _April_, 2008 and ordered filed and made a part of the records in the above case.

/S/ William I Garfinkel USMJ
The Honorable William I. Garfinkel
United States Magistrate Judge

Respectfully,

Nicole A. Owens
United States Probation Officer

Place   U.S. District Court Bridgeport, CT

Date   April 10, 2008